UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JON L. KENNISON, | Case No. 2:24-cv-00144-APG-DJA |
| Plaintiff | **ORDER** |
| v. | |
| NDOC, et al., | |
| Defendants | |

On November 19, 2024, the Court issued an order screening Plaintiff Jon Kennison's civil rights complaint, dismissing the complaint without prejudice, and granting Plaintiff leave to file an amended complaint by December 23, 2024. (ECF No. 3). Before that deadline expired, Plaintiff moved to extend it by 45 days. (ECF No. 5). The Court finds good cause to extend the deadline as requested.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for an extension of time (ECF No. 5) is **granted**.

IT IS FURTHER ORDERED that Plaintiff has until **February 6, 2025**, to file an amended complaint in compliance with the Court's November 19, 2024, screening order.

IT IS FURTHER ORDERED that, if Plaintiff does not file an amended complaint by **February 6, 2025**, this action will be dismissed without prejudice for failure to state a claim.

DATED: December 18, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE